**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1049**

---

LESLIE H. DORSEY,

                                        Petitioner - Appellant,

        and

DONNA M. DORSEY,

                                        Petitioner,

        versus

INTERNAL REVENUE SERVICE,

                                        Respondent - Appellee.

---

Appeal from the United States Tax Court. (Tax Ct. No. 92-28333)

---

Submitted:  June 20, 1996          Decided:  June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Leslie H. Dorsey, Appellant Pro Se.  Gary R. Allen, Richard Farber, Thomas J. Clark, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant noted this appeal from the Tax Court's decision outside the ninety-day appeal period established by Fed. R. App. P. 13(a). The Tax Court entered its order on March 9, 1995; Appellant's notice of appeal was filed on January 2, 1996. Appellant did not timely move to vacate or revise the decision in accordance with Tax Ct. R. 162. Appellant's failure to note a timely appeal deprives this court of jurisdiction to consider this case. See Billingsley v. Commissioner, 868 F.2d 1081, 1085 (9th Cir. 1989). We therefore grant the motion to dismiss the appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED